UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 24-177-VBF (KS)                                      Date: May 14, 2024

Title   *Richard P. Avila v. City of San Bernardino et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

|            Gay Roberson            |            N/A            |
|-------------------------------------|---------------------------|
|            Deputy Clerk             |   Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On January 26, 2024, Plaintiff, a California resident proceeding *pro se*, filed a civil rights complaint alleging constitutional violations and conspiracy against several state and municipal entities, and two individuals in both their individual and official capacities ("Complaint"). (Dkt. No. 1.). On April 1, 2024, the Court dismissed the Complaint with leave to amend and set a deadline of 30 days for Plaintiff to file a First Amended Complaint ("FAC"). (Dkt. No. 4 at 12.) The Court also warned Plaintiff in bold letters that the "failure to timely comply with this Order may result in a recommendation of dismissal." (*Id.* at 13.)

Two weeks have now passed since Plaintiff's deadline to file his FAC, and Plaintiff has neither filed the FAC nor requested an extension of time to do so. Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to comply with the Court's April 1, 2024 Order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which provides that an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."

However, in the interest of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before June 13, 2024**, why the Court should not recommend that the action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's response to this Order to Show Cause must include <u>either</u>:

(1) a request for an extension of time to file his FAC accompanied by a sworn declaration **that establishes good cause** for both Plaintiff's failure to timely file the FAC and his need for additional time; *or*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  EDCV 24-177-VBF (KS)                                Date: May 14, 2024

Title   *Richard P. Avila v. City of San Bernardino et al.*

(2) a complete FAC that fully complies with the Local Rules, Federal Rules of Civil Procedure, and this Court's orders, including the Court's April 1, 2024 Memorandum and Order Dismissing Complaint With Leave to Amend.

<u>Alternatively</u>, if Plaintiff concludes he is currently unable to comply with the deadlines necessary for prosecuting this action, Plaintiff may discharge this Order and dismiss this case without prejudice by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Plaintiff is expressly cautioned that the failure to respond to this Order <u>WILL</u> result in a recommendation of dismissal based on Rule 41 of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

                                                      :
                              **Initials of Preparer**     gr