JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. AVILA, | NO. EDCV 24-00177 VBF (KS) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF SAN BERNARDINO, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 22, 2024

/s/ Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE